UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BIRDIE SORRELL, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 4:05CV500 RWS |
| | ) |
| DEPARTMENT OF VETERANS | ) |
| AFFAIRS d/b/a | ) |
| VETERANS HOSPITAL, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

This matter is before me on plaintiff's motion for disclosure. I will deny this motion because discovery and disclosure materials are not filed with this Court. See Local Rule 3.02 ("In civil actions, discovery and disclosure materials pursuant to Fed.R.Civ.P. 26, 30, 31, 33, 34, 35, and 36, and the certificates of their service, shall not be filed with the Court except as exhibits to a motion or memorandum.").

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for disclosure [#10] is denied.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this   12th   day of August, 2005.