UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BIRDIE SORRELL, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 4:05CV500 RWS |
| | ) |
| DEPARTMENT OF VETERANS AFFAIRS d/b/a VETERANS HOSPITAL, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER OF DISMISSAL

For the reasons stated on the record during the May 25, 2006 hearing,

**IT IS HEREBY ORDERED** that Thomas Carter, II's motion to withdraw [#12] is granted.

**IT IS FURTHER ORDERED** that plaintiff Jamesetta Harvey's claims are dismissed without prejudice.

**IT IS FURTHER ORDERED** that **the Clerk of the Court shall mail a copy of this Order to Birdie Sorrell, 2801 Martin Luther King, St. Louis, Missouri 63106 and to Jamesetta Harvey, 5649 Hamilton Avenue, St. Louis, Missouri 63136.**

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this  1st  day of June, 2006.